Sheri M. Thome, Esq.
Nevada Bar No. 008657
**WILSON, ELSER, MOSKOWITZ,
EDELMAN & DICKER LLP**
6689 Las Vegas Blvd. South, Suite 200
Las Vegas, Nevada 89119
Telephone: 702.727.1400
Facsimile: 702.727.1401
Email: Sheri.Thome@wilsonelser.com

Josh Cole Aicklen, Esq.
Nevada Bar No.007254
Carlos Blumberg, Esq.
Nevada Bar No.007607
**LEWIS BRISBOIS BISGAARD & SMITH LLP**
6385 S. Rainbow Blvd., #600
Las Vegas, NV 89118
Phone : (702) 893-3383
Fax : (702) 893-3789
Email: Josh.Aicklen@lewisbrisbois.com
Email : Carlos.Blumberg@lewisbrisbois.com

*Attorneys for Defendant
AmTrust Financial Services, Inc.*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| CARMEN IOVINO; and TOPNOTCH SERVICES, INC., <br><br> Plaintiffs, <br><br> v. <br><br> AMTRUST FINANCIAL SERVICES, INC.; DOES I through V and ROE CORPORATIONS VI through X, inclusive, <br><br> Defendants. | Case No. <br><br> **DEFENDANT AMTRUST FINANCIAL SERVICES, INC.'S CERTIFICATE OF INTERESTED PARTIES** |

  Defendant AmTrust Financial Services, Inc. ("AmTrust"), by and through its attorneys of record, Sheri M. Thome, Esq., of the law offices of Wilson, Elser, Moskowitz, Edelman & Dicker LLP and Josh Cole Aicklen, Esq. and Carlos Blumberg, Esq. of the law offices of Lewis Brisbois Bisgaard & Smith LLP, hereby submit the following Certificate of Interested Parties in compliance with Federal Rule of Civil Procedure 7.1 and Local Rule 7.1-1 and certify that the following may have a direct, pecuniary interest in the outcome of this case:

277746615v.1

AmTrust Financial Services, Inc. is a Delaware corporation, with its principal place of business in the State of New York.  Security National Insurance Company is a Delaware corporation with its principal place of business in the State of Texas.  Security National Insurance Company operates as a subsidiary of AmTrust Financial Services, Inc., its ultimate corporate parent.

These representations are made to enable judges of the Court to evaluate possible disqualification or recusal.

DATED this 28th day of November, 2022.

> WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP
>
> By: /s/ Sheri M. Thome
> Sheri M. Thome, Esq.
> Nevada Bar No. 008657
> 6689 Las Vegas Blvd. South, Suite 200
> Las Vegas, Nevada 89119
>
> Josh Cole Aicklen, Esq.
> Nevada Bar No.007254
> Carlos Blumberg, Esq.
> Nevada Bar No.007607
> LEWIS BRISBOIS BISGAARD & SMITH LLP
> 6385 S. Rainbow Blvd., #600
> Las Vegas, NV 89118
> *Attorneys for Defendant*
> *AmTrust Financial Services, Inc.*

# CERTIFICATE OF SERVICE

Pursuant to FRCP 5, I certify that I am an employee of WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP and that on this 28th day of November, 2022, I served a true and correct copy of the foregoing **DEFENDANT AMTRUST FINANCIAL SERVICES, INC.'S CERTIFICATE OF INTERESTED PARTIES** as follows:

☐ by placing same to be deposited for mailing in the United States Mail, in a sealed envelope upon which first class postage was prepaid in Las Vegas, Nevada;

☒ via electronic means by operation of the Court's electronic filing system, upon each party in this case who is registered as an electronic case filing user with the Clerk;

☐ via hand-delivery to the addressees listed below;

☐ via facsimile;

☐ by transmitting via email the document listed above to the email address set forth below on this date before 5:00 p.m.

Daniel S. Simon, Esq.
Benjamin J. Miller, Esq.
Ashley M. Ferrel, Esq.
SIMON LAW
810 South Casino Center Boulevard
Las Vegas, NV 89101
Telephone: (702) 364-1650
Facsimile: (702) 364-1655
lawyers@simonlaw.com
*Attorneys for Plaintiffs*

BY: /s/ Lani Maile
An Employee of
WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP

-3-

277746615v.1