Sheri M. Thome, Esq.
Nevada Bar No. 008657
**WILSON, ELSER, MOSKOWITZ,
EDELMAN & DICKER LLP**
6689 Las Vegas Blvd. South, Suite 200
Las Vegas, Nevada 89119
Telephone: 702.727.1400
Facsimile: 702.727.1401
Email: Sheri.Thome@wilsonelser.com

Josh Cole Aicklen, Esq.
Nevada Bar No.007254
Carlos Blumberg, Esq.
Nevada Bar No.007607
**LEWIS BRISBOIS BISGAARD & SMITH LLP**
6385 S. Rainbow Blvd., #600
Las Vegas, NV 89118
Phone : (702) 893-3383
Fax : (702) 893-3789
Email: Josh.Aicklen@lewisbrisbois.com
Email : Carlos.Blumberg@lewisbrisbois.com

*Attorneys for Defendant
AmTrust Financial Services, Inc.*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| CARMEN IOVINO; and TOPNOTCH SERVICES, INC.,<br><br>Plaintiffs,<br><br>v.<br><br>AMTRUST FINANCIAL SERVICES, INC.; SECURITY NATIONAL INSURANCE COMPANY DOES I through V and ROE CORPORATIONS VI through X, inclusive,<br><br>Defendants. | Case No.   2:22-cv-01974-APG-VCF<br><br>**STIPULATION AND ORDER TO EXTEND DEADLINE TO FILE REPLY IN SUPPORT OF MOTION TO DISMISS PLAINTIFFS' AMENDED COMPLAINT**<br><br>**[FIRST REQUEST]** |

Defendant AmTrust Financial Services, Inc. ("AmTrust") and Plaintiffs Carmen Iovino and Topnotch Services, Inc. ("Plaintiffs"), by and through their respective counsel of record, hereby stipulate and agree to extend the reply deadline regarding AmTrust's Motion to Dismiss Plaintiffs' Amended Complaint[1] ("Motion") from January 24, 2023 **to January 27, 2023**.

This stipulation is submitted in compliance with LR IA 6-1.  Good cause exists for the

---

[1]  ECF No. 14.

279289741v.1

*Carmen Iovino, et al. v. AmTrust Financial Services, Inc.*
*Case No. 2:22-cv-01974-APG-VCF*

1. requested extension as defense counsel needs additional time to prepare the reply brief and consult with their client to obtain approval of same. Defendant AmTrust requested the extension and Plaintiffs fully cooperated and agreed to such extension.

   This is the parties' first request for extension of this deadline.

   DATED this 23rd day of January, 2023.

   WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP

   By:   /s/ Sheri M. Thome
   Sheri M. Thome, Esq.
   Nevada Bar No. 008657
   6689 Las Vegas Blvd. South, Suite 200
   Las Vegas, Nevada 89119
   sheri.thome@wilsonelser.com

   Josh Cole Aicklen, Esq.
   Nevada Bar No.007254
   Carlos Blumberg, Esq.
   Nevada Bar No.007607
   LEWIS BRISBOIS BISGAARD & SMITH LLP
   6385 S. Rainbow Blvd., #600
   Las Vegas, NV 89118
   josh.aicklen@lewisbrisbois.com
   carlos.blumberg@lewisbrisbois.com
   *Attorneys for Defendant*
   *AmTrust Financial Services, Inc.*

   DATED this 23rd day of January, 2023.

   SIMON LAW

   By:   /s/ Daniel S. Simon
   Daniel S. Simon, Esq.
   Nevada Bar No. 004750
   Benjamin J. Miller, Esq.
   Nevada Bar No. 010406
   Ashley M. Ferrel, Esq.
   Nevada Bar No. 012207
   810 South Casino Center Boulevard
   Las Vegas, NV 89101
   dan@simonlawlv.com
   ben@simonlawlv.com
   ashley@simonlawlv.com
   *Attorneys for Plaintiffs*

279289741v.1

*Carmen Iovino, et al. v. AmTrust Financial Services, Inc.*
*Case No. 2:22-cv-01974-APG-VCF*

## ORDER

**GOOD CAUSE SHOWN, IT IS SO ORDERED** that the deadline for AmTrust to file a reply in support of its Motion to Dismiss Plaintiffs' Amended Complaint shall be extended from January 24, 2023 **to January 27, 2023**.

Dated this  24th  day of  January , 2023.

_____
UNITED STATES DISTRICT JUDGE

-3-

279289741v.1