Sheri M. Thome, Esq.
Nevada Bar No. 008657
Jason R. Wigg, Esq.
Nevada Bar No. 007953
**WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP**
6689 Las Vegas Blvd. South, Suite 200
Las Vegas, Nevada 89119
Telephone: 702.727.1400
Facsimile: 702.727.1401
Email: Sheri.Thome@wilsonelser.com
Email: Jason.Wigg@wilsonelser.com

Josh Cole Aicklen, Esq.
Nevada Bar No.007254
David Gould, Esq.
Nevada Bar No. 011143
**LEWIS BRISBOIS BISGAARD & SMITH LLP**
6385 S. Rainbow Blvd., #600
Las Vegas, NV 89118
Phone : (702) 893-3383
Fax : (702) 893-3789
Email: Josh.Aicklen@lewisbrisbois.com
Email : David.Gould@lewisbrisbois.com

*Attorneys for Defendants*
*AmTrust Financial Services, Inc. and*
*Security National Insurance Company*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| CARMEN IOVINO; and TOPNOTCH SERVICES, INC.,<br><br>Plaintiffs,<br><br>v.<br><br>AMTRUST FINANCIAL SERVICES, INC.; SECURITY NATIONAL INSURANCE COMPANY DOES I through V and ROE CORPORATIONS VI through X, inclusive,<br><br>Defendants. | Case No.   2:22-cv-01974-APG-VCF<br><br>**STIPULATION AND ORDER TO EXTEND DEADLINES TO FILE OPPOSITION AND REPLY BRIEFS TO PLAINTIFFS' MOTION TO AMEND COMPLAINT [ECF No. 32]**<br><br>**(First Request)** |

Defendants AmTrust Financial Services, Inc. ("AmTrust") and Security National Insurance Company ("Security National") (collectively "Defendants"), and Plaintiffs Carmen Iovino and Topnotch Services, Inc. ("Plaintiffs"), by and through their undersigned counsel of record, hereby stipulate and agree to extend the opposition and reply deadlines by five days regarding Plaintiffs'

285746068v.1

Motion to Amend Complaint to Add AmTrust North America, Inc. as a Defendant[1] ("Motion").

The parties agree to extend Defendants' deadline to file an opposition to Plaintiffs' Motion from August 10, 2023 **to August 15, 2023**. The parties also agree to extend Plaintiffs' deadline to file a reply in support of its Motion from August 17, 2023 **to August 22, 2023**.

This stipulation is submitted in compliance with LR IA 6-1. Good cause exists for the requested extension as defense counsel needs additional time to prepare the opposition brief and consult with their client to obtain approval of same. Defendants requested the extension and Plaintiffs fully cooperated and agreed. Plaintiffs also requested the same extension with regards to their reply brief and Defendants fully cooperated and agreed to such extension.

This is the parties' first request for extension of these deadlines.

DATED this 9th day of August, 2023.

WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP

By: */s/ Sheri M. Thome*
Sheri M. Thome, Esq.
Nevada Bar No. 008657
Jason R. Wigg, Esq.
Nevada Bar No. 007953
6689 Las Vegas Blvd. South, Suite 200
Las Vegas, Nevada 89119
Sheri.Thome@wilsonelser.com
Jason.Wigg@wilsonelser.com

Josh Cole Aicklen, Esq.
Nevada Bar No.007254
David Gould, Esq.
Nevada Bar No.011143
LEWIS BRISBOIS BISGAARD & SMITH LLP
6385 S. Rainbow Blvd., #600
Las Vegas, NV 89118
Josh.Aicklen@lewisbrisbois.com
David.Gould@lewisbrisbois.com
*Attorneys for Defendants*
*AmTrust Financial Services, Inc. and*
*Security National Insurance Company*

DATED this 9th day of August, 2023.

SIMON LAW

By: */s/ Ashley M. Ferrel*
Daniel S. Simon, Esq.
Nevada Bar No. 004750
Benjamin J. Miller, Esq.
Nevada Bar No. 010406
Ashley M. Ferrel, Esq.
Nevada Bar No. 012207
810 South Casino Center Boulevard
Las Vegas, NV 89101
dan@simonlawlv.com
ben@simonlawlv.com
ashley@simonlawlv.com
*Attorneys for Plaintiffs*

---

[1] ECF No. 32.

-2-

285746068v.1

## ORDER

GOOD CAUSE SHOWN, IT IS SO ORDERED that the deadline for Defendants to file an opposition to Plaintiffs' Motion to Amend Complaint to Add AmTrust North America, Inc. as a Defendant ("Motion") shall be extended from August 10, 2023 **to August 15, 2023**.

IT IS FURTHER ORDERED that the deadline for Plaintiffs to file a reply in support of its Motion shall be extended from August 17, 2023 to **August 22, 2023**.

Dated this __15th____ day of ___August_____, 2023.

_____
UNITED STATES MAGISTRATE JUDGE

-3-

285746068v.1