JOSH COLE AICKLEN
Nevada Bar No. 007254
Josh.Aicklen@lewisbrisbois.com
DAVID M. GOULD
Nevada Bar No. 11143
LEWIS BRISBOIS BISGAARD & SMITH LLP
6385 S. Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89118
Telephone: 702.893.3383
Facsimile: 702.893.3789
Attorneys for Defendants AmTrust Financial Services, Inc. and Security National Ins. Co.

SHERI M. THOME
Nevada Bar No. 008657
JASON R. WIGG
Nevada Bar No. 007953
WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP
6689 Las Vegas Blvd. South, Ste. 200
Las Vegas, Nevada 89119
Telephone: 702.727.1400
Facsimile: 702.727.1401
Sheri.Thome@wilsonelser.com
Jason.Wigg@wilsonelser.com

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| CARMEN IOVINO; and TOPNOTCH SERVICES, INC., | Case No. 2:22-cv-01974-APG-VCF |
| Plaintiffs, | |
| vs. | **SUBSTITUTION OF ATTORNEY** |
| AM TRUST FINANCIAL SERVICES, INC.; DOES I through V and ROE CORPORATIONS VI through X, inclusive, | |
| Defendants. | |

///

The undersigned agrees to Sheri Thome, Esq., Jason Wigg, Esq., and the law firm of WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP, being substituted as attorneys of record for Defendants AMTRUST FINANCIAL SERVICES, INC., and

128692533.1

SECURITY NATIONAL INSURANCE COMPANY, in place and stead of Josh Cole Aicklen, Esq, David M. Gould, Esq., Carlos Blumberg, Esq. and the law firm LEWIS BRISBOIS BISGAARD & SMITH , LLP.

Dated this the 30th day of August, 2023.

*/s/ Thomas Pease*
Representative of
Defendant AMTRUST FINANCIAL SERVICES, INC.

*/s/ Thomas Pease*
Representative of
Defendant SECURITY NATIONAL INSURANCE COMPANY

The undersigned Sheri Thome, Esq., on behalf of herself, Jason Wigg, Esq. and the law firm of WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP, hereby accepts and agrees to substitute as counsel of record for Defendants AMTRUST FINANCIAL SERVICES, INC., and SECURITY NATIONAL INSURANCE COMPANY, in place and stead of Josh Cole Aicklen, Esq, Carlos Blumberg, Esq. and David M. Gould, Esq., and the law firm LEWIS BRISBOIS BISGAARD & SMITH.

Dated this the 29th day of August, 2023.

**WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP**

*/s/ Sheri M. Thome*
SHERI M. THOME
Nevada Bar No. 008657
6689 Las Vegas Blvd. South, Ste. 200
Las Vegas, Nevada 89119
*Attorneys for Defendant AMTRUST FINANCIAL SERVICES, INC. and SECURITY NATIONAL INS. CO.*

///

128692533.1

2

The undersigned hereby agrees to Sheri Thome, Esq., of the law firm of WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP, substituting as sole counsel of record for Defendants AM TRUST FINANCIAL SERVICES, INC., and SECURITY NATIONAL INSURANCE COMPANY, in the place and stead of Josh Cole Aicklen, Esq, and David M. Gould, Esq., and the law firm LEWIS BRISBOIS BISGAARD & SMITH, LLP.

Dated this the 29th day of August, 2023.

/s/ David M. Gould
JOSH COLE AICKLEN
Nevada Bar No. 007254
Josh.Aicklen@lewisbrisbois.com
DAVID M. GOULD
Nevada Bar No. 11143
LEWIS BRISBOIS BISGAARD & SMITH, LLP
6385 S. Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89118

IT IS SO ORDERED.

_____
Cam Ferenbach
United States Magistrate Judge

DATED  9-5-2023

# CERTIFICATE OF SERVICE

Pursuant to NRCP 5(b), I certify that I am an employee of Lewis Brisbois Bisgaard & Smith LLP and that on this 30th day of August, 2023, I served a true copy of the foregoing **SUBSTITUTION OF ATTORNEY** via the Court's electronic filing and service system to the parties on the current service list:

Daniel S. Simon, Esq.
Benjamin J. Miller, Esq.
Ashley M. Ferrel, Esq.
SIMON LAW
810 S. Casino Center Blvd.
Las Vegas. NV 89101
Tel: 702-364-1650
Fax: 702-364-1655
lawyers@simonlawlv.com
Attorney for Plaintiffs

By  /s/ Peggy Kurilla
An Employee of
LEWIS BRISBOIS BISGAARD & SMITH LLP

128692533.1

4