**DANIEL S. SIMON, ESQ.**
Nevada Bar No. 4750
**BENJAMIN J. MILLER, ESQ.**
Nevada Bar No. 10406
**ASHLEY M. FERREL, ESQ.**
Nevada Bar No. 12207
**SIMON LAW**
810 South Casino Center Boulevard
Las Vegas, Nevada 89101
Telephone:     (702) 364-1650
Facsimile:     (702) 364-1655
E-Mail: lawyers@simonlawlv.com
*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| CARMEN IOVINO; and TOPNOTCH SERVICES, INC.<br><br>Plaintiffs,<br><br>vs.<br><br>AMTRUST FINANCIAL SERVICES, INC.; SECURITY NATIONAL INSURANCE COMPANY; DOES I through V and ROE CORPORATIONS VI through X, inclusive,<br><br>Defendants. | CASE NO.: 2:22-cv-01974-APG-VCF |

**STIPULATION AND ORDER TO DISMISS PLAINTIFF TOPNOTCH SERVICES, INC., WITHOUT PREJUDICE**

COME NOW Plaintiffs CARMEN IOVINO and TOPNOTCH SERVICES, INC., by and through their counsel, Daniel S. Simon, Esq. and Ashley M. Ferrel, Esq., of SIMON LAW, and Defendants AMTRUST FINANCIAL SERVICES, INC. and SECURITY NATIONAL INSURANCE COMPANY, by and through their counsel Sheri M. Thome, Esq., and Jason Wigg, Esq., of WILSON ELSER MOSKOWITZ EDELMAN & DICKER, LLP. and hereby stipulate and agree as follows:

/ / /

1

The Plaintiff TOPNOTCH SERVICES, INC., is DISMISSED WITHOUT PREJUDICE from the above-entitled action, with each party to bear their own attorney's fees and costs.[1]

DATED this 15th day of September, 2023.                DATED this 15th day of September, 2023

**SIMON LAW**                                           **WILSON ELSER MOSKOWITZ EDELMAN & DICKER, LLP.**

  /s/ Ashley M. Ferrel                                    /s/ Sheri M. Thome
DANIEL S. SIMON, ESQ.                                   SHERI M. THOME, ESQ.
Nevada Bar No. 4750                                     Nevada Bar No. 8657
ASHLEY M. FERREL, ESQ.                                  JASON WIGG, ESQ.
Nevada Bar No. 12207                                    Nevada Bar No. 7953
810 S. Casino Center Blvd.                              6689 Las Vegas Blvd., South, Ste. 200
Las Vegas, Nevada 89101                                 Las Vegas, Nevada 89119
*Attorney for Plaintiffs*                               *Attorneys for Defendants*

**ORDER**

**IT IS SO ORDERED.**

DATED this 18th day of September, 2023.

_____
U.S. DISTRICT COURT JUDGE

Submitted by:
**SIMON LAW**

  /s/ Ashley M. Ferrel
DANIEL S. SIMON, ESQ.
Nevada Bar No. 4750
ASHLEY M. FERREL, ESQ.
Nevada Bar No. 12207
810 S. Casino Center Blvd.
Las Vegas, Nevada 89101
*Attorneys for Plaintiffs*

---

[1] The parties agree that if TopNotch Services, Inc. is brought back into the case as a Plaintiff, the parties have the right to seek fees and costs as permitted by law.

2