# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| CARMEN IOVINO, | Case No.: 2:22-cv-01974-APG-VCF |
| Plaintiff | **Order Deeming Order to Show Cause Satisfied** |
| v. | |
| AMTRUST FINANCIAL SERVICES, INC., et al., | |
| Defendants | |

In light of defendant Am Trust Financial Services, Inc.'s response to the order to show cause (ECF No. 54),

I ORDER that the order to show cause (ECF No. 50) is satisfied and I will not remand this case to state court for lack of subject matter jurisdiction.

DATED this 16th day of October, 2023.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE