# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

\*\*\*

| | |
|---|---|
| Carmen Iovino; and Topnotch Services, Inc., <br><br>Plaintiff, <br><br>v. <br><br>AM Trust Financial Services, Inc., <br><br>Defendant. | 2:22-cv-01974-APG-VCF <br>**ORDER SETTING HEARING** |

    Before the Court are plaintiffs' motion to compel (ECF No. 38), defendants' motion for protective order regarding: 1) disclosure of documents covered by the attorney-client privilege and attorney work product doctrine; 20 depositions of Paul Shpirt and Carlos Blumberg (ECF No. 40), defendants' motion to compel responses to requests for production and deposition of Topnotch Services, Inc. (ECF No. 51), and motion to strike amended complaint (ECF NO. 53).

    Accordingly,

    IT IS HEREBY ORDERED that an in-person hearing on plaintiffs' motion to compel (ECF No. 38), defendants' motion for protective order regarding: 1) disclosure of documents covered by the attorney-client privilege and attorney work product doctrine; 20 depositions of Paul Shpirt and Carlos Blumberg (ECF No. 40), defendants' motion to compel responses to requests for production and deposition of Topnotch Services, Inc. (ECF No. 51),  and motion to strike amended complaint (ECF NO. 53), is scheduled for **11:00 AM, December 11, 2023**, in Courtroom D before Judge Cam Ferenbach.

    DATED this 9th day of December 2023.

                                                              _____
                                                              CAM FERENBACH
                                                              UNITED STATES MAGISTRATE JUDGE