UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\*\*\*

| | |
|---|---|
| Carmen Iovino, et al., | 2:22-cv-01974-APG-VCF |
| Plaintiff, | |
| vs. | **Order** |
| AmTrust Financial Services, Inc., et al., | |
| Defendants. | |

The defendant AmTrust Financial filed a motion to strike. ECF No. 68.

Accordingly,

I ORDER that an in-person hearing on this motion (ECF No.68) is scheduled for 11:00 AM, December 11, 2023, in Courtroom 3D.

IT IS ORDERED.

DATED this 28th day of November 2023.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE

1