UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| CARMEN IOVINO,<br><br>        Plaintiff<br><br>v.<br><br>AMTRUST FINANCIAL SERVICES, INC., et al.,<br><br>        Defendants | Case No.: 2:22-cv-01974-APG-VCF<br><br>**Order Affirming Magistrate Judge's Order**<br><br>[ECF Nos. 75, 76] |

Magistrate Judge Ferenbach denied the plaintiff's motion to compel (ECF No. 38), granted the defendants' motion for protective order (ECF No. 40), and granted in part the defendants' motion to compel (ECF No. 51). ECF Nos. 75, 77. The plaintiff appealed those decisions. ECF No. 76. I have reviewed the appeal, Judge Ferenbach's decisions, the transcript of the hearing, and the underlying papers. Judge Ferenbach' Order is not "clearly erroneous or contrary to law." Local Rule IB 3-1(a).

I HEREBY ORDER that Magistrate Judge Ferenbach' orders **(ECF Nos. 75, 77) are affirmed**, and the plaintiff's appeal **(ECF No. 76) is denied**.

I FURTHER ORDER the parties to meet and confer regarding the production of documents and the FRCP 30(b)(6) deposition, as Magistrate Judge Ferenbach ordered (ECF No. 77), within 30 days. Any remaining discovery disputes will be addressed by Magistrate Judge Couvillier.

DATED this 10th day of January, 2024.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE