# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| CARMEN IOVINO, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> AMTRUST FINANCIAL SERVICES, INC., *et al.*, <br><br> Defendants. | Case No. 2:22-cv-01974-APG-NJK <br><br> **ORDER** <br><br> [Docket No. 84] |

Pending before the Court is a stipulation regarding the accuracy, authenticity, and completeness of certain documents. Docket No. 84. Unless such agreement interferes with court proceedings or deadlines, parties may stipulate to discovery procedures without obtaining judicial approval. Fed. R. Civ. P. 29. No showing has been made as to why judicial oversight is required for the parties' agreement on the discovery protocols at bar. Accordingly, the stipulation is **DENIED** without prejudice. Docket No. 84.

IT IS SO ORDERED.

Dated: March 1, 2024

_____
Nancy J. Koppe
United States Magistrate Judge