# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>              Plaintiff,<br><br>v.<br><br>CARMEN IOVINO,<br><br>              Defendant. | Case No.: 2:22-cv-01974-APG-NJK<br><br>**ORDER**<br><br>(Docket Nos. 82, 86) |

On February 7, 2024, Defendants filed a motion for order to show cause. Docket No. 82. Defendants submitted that Plaintiffs failed to comply with the order of former United States Magistrate Judge Cam Ferenbach. *Id.*

The parties have now filed a stipulation to withdraw Defendants' motion. Docket No. 86. The parties submit that Plaintiffs have complied with Judge Ferenbach's[1] order and, therefore, move to withdraw the motion. *Id.*

For good cause shown, the Court **GRANTS** the parties' stipulation. Docket No. 86. The motion at Docket No. 82 is **WITHDRAWN**.

IT IS SO ORDERED.

DATED: March 4, 2024.

_____
NANCY J. KOPPE
UNITED STATES MAGISTRATE JUDGE

---

[1]	The parties refer to Judge Ferenbach as "Magistrate Ferenbach." Docket No. 86 at 1. There have been no "magistrates" in the federal system for more than a quarter century. *See, e.g.*, *Taddeo v. American Invsco Corp.*, 2015 WL 751072, *2 n.2 (D. Nev. Feb. 20, 2015) (discussing *Williams v. City of Mesa*, 2010 WL 2803880, *2 n.1 (D. Ariz. July 15, 2010)).

In the Judicial Improvement Act of 1990, Congress changed the formal title of United States Magistrate to United States Magistrate Judge, effective December 1, 1990. *See Dixon v. Ylst*, 990 F.2d 478, 480 n. 1 (9th Cir. 1993). Thus, a magistrate judge may be appropriately called judge or magistrate judge, but not magistrate. When parties choose to use titles in filings before this Court, the Court expects them to use correct titles.