# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| CARMEN IOVINO,<br><br>　　　　Plaintiff(s),<br><br>v.<br><br>AM TRUST FINANCIAL SERVICES, INC., et al.,<br><br>　　　　Defendant(s). | Case No. 2:22-cv-01974-APG-NJK<br><br>**Order**<br><br>[Docket No. 97] |

Pending before the Court is a motion to compel production of Defendant's claim evaluation tool. Docket No. 97. The motion is accompanied by an omnibus document with hundreds of pages of various exhibits. Docket No. 97-2. Attorneys must file <u>each exhibit separately</u>. *See* Local Rule IC 2-2(a)(3)(A) (exhibits must be filed "as separate files"). This filing having been made in violation of the local rules, the motion to compel is **DENIED** without prejudice and **STRICKEN**. *See* Local Rule IC 7-1.[1]

IT IS SO ORDERED.

Dated: April 26, 2024

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　Nancy J. Koppe
　　　　　　　　　　　　　　　　　　　United States Magistrate Judge

---

[1] The caption of the motion also includes the wrong case number information. *Compare* Docket No. 97 at 1 *with* Docket No. 80 ("All further documents must bear the correct case number **2:22-cv-01974-APG-<u>NJK</u>**" (bolding in original, underlining added)). Counsel must include the correct case information moving forward.

1