Sheri M. Thome, Esq.
Nevada Bar No. 008657
Jason R. Wigg, Esq.
Nevada Bar No. 007953
**WILSON, ELSER, MOSKOWITZ,**
**EDELMAN & DICKER LLP**
6689 Las Vegas Blvd. South, Suite 200
Las Vegas, Nevada 89119
Telephone: 702.727.1400
Facsimile: 702.727.1401
Email: Sheri.Thome@wilsonelser.com
Email: Jason.Wigg@wilsonelser.com
*Attorneys for AmTrust Financial Services, Inc.,*
*AmTrust North America, Inc., and*
*Security National Insurance Company*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| CARMEN IOVINO; and TOPNOTCH SERVICES, INC., <br><br> Plaintiffs, <br><br> v. <br><br> AMTRUST FINANCIAL SERVICES, INC.; SECURITY NATIONAL INSURANCE COMPANY; AMTRUST NORTH AMERICA, INC.; DOES I through V and ROE CORPORATIONS VI through X, inclusive, <br><br> Defendants. | Case No.  2:22-cv-01974-APG-NJK <br><br> **STIPULATION AND ORDER TO EXTEND DEADLINE TO FILE:** <br><br> 1) **DEFENDANT'S RESPONSE TO PLAINTIFF'S MOTION TO COMPEL IN CAMERA REVIEW OF UNREDACTED CLAIMS FILES [ECF NO. 113]; and** <br> 2) **PLAINTIFF'S REPLY IN SUPPORT OF ITS MOTION TO COMPEL 30(b)(6) DEPOSITION/OPPOSITION TO DEFENDANT'S MOTION FOR PROTECTIVE ORDER [ECF NO. 117]** <br><br> **[FIRST REQUEST]** |
| SECURITY NATIONAL INSURANCE COMPANY, <br><br> Counterclaimant, <br><br> v. <br><br> CARMEN IOVINO, <br><br> Counterdefendant. | |

Defendants AmTrust Financial Services, Inc. ("AmTrust") and Security National Insurance Company ("Security National"), and AmTrust North America, Inc. ("ANA") (collectively

299080023v.1

"Defendants") and Plaintiff Carmen Iovino ("Plaintiff"), by and through their respective counsel of record, hereby stipulate and agree to extend: 1) Defendants' response to Plaintiff's Motion to Compel In Camera Review Of Unredacted Claims Files [ECF No. 113, filed on 6/28/24] and 2) Plaintiff's Reply in Support of its Motion to Compel 30(b)(6) Deposition/Opposition to Defendant's Motion for Protective Order [ECF No. 117, filed on 7/5/24], both of which are currently due on July 12, 2024, to **July 16, 2024.**

This stipulation is submitted in compliance with LR IA 6-1 and LR IA 6-2. Good cause exists for the requested extension as counsel need additional time to prepare the responses with their ongoing obligations, the time requested is not excessive, and counsel have been cooperative in agreeing to same.

This is the parties' first request for extension of these deadlines.

Dated this 11th day of July, 2024                    Dated this 11th day of July, 2024

WILSON, ELSER, MOSKOWITZ, EDELMAN             SIMON LAW
& DICKER LLP

By:  /s/ Sheri M. Thome, Esq.                  By:   /s/ Benjamin J. Miller, Esq.
     SHERI M. THOME, ESQ.                            Daniel S. Simon, Esq.
     Nevada Bar No. 008657                           Nevada Bar No. 004750
     JASON R. WIGG, ESQ.                             Benjamin J. Miller, Esq.
     Nevada Bar No. 007953                           Nevada Bar No. 010406
     6689 Las Vegas Blvd. South, Suite 200           Ashley M. Ferrel, Esq.
     Las Vegas, Nevada 89119                         Nevada Bar No. 012207
     *Attorneys for Defendants*                      810 South Casino Center Boulevard
     *AmTrust Financial Services, Inc.,*             Las Vegas, NV 89101
     *Security National Insurance Company, and*     Telephone: (702) 364-1650
     *AmTrust North America, Inc.*                   Facsimile: (702) 364-1655
                                                     dan@simonlawlv.com
                                                     ben@simonlawlv.com
                                                     ashley@simonlawlv.com
                                                     *Attorneys for Plaintiff Carmen Iovino*

**IT IS SO ORDERED:**

_____
UNITED STATES MAGISTRATE JUDGE

DATED: July 12, 2024

-2-

299080023v.1