# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| CARMEN IOVINO, et al.,<br><br>    Plaintiff(s),<br><br>v.<br><br>AMTRUST FINANCIAL SERVICES, INC., et al.,<br><br>    Defendant(s). | Case No.: 2:22-cv-01974-APG-NJK<br><br>**Order**<br><br>[Docket No. 143] |

Pending before the Court is Defendant AmTrust Financial Services, Inc.'s emergency motion to seal one exhibit filed in conjunction with Plaintiff's motion to compel. Docket No. 143; *see also* Docket No. 142-7 (Exhibit 6). Defendant submits that Exhibit 6 contains Defendant's private, confidential financial information which, as a privately held corporation, it does not publicly report. Docket No. 143 at 2. Defendant further submits that the exhibit should be sealed because the public disclosure of Defendant's confidential business information would harm Defendant's competitive standing. *Id.* Plaintiff consents to sealing and does not oppose this motion. *Id.*

Such exhibits may be sealed upon a particularized showing of good cause. *See Kamakana v. City & County of Honolulu*, 447 F.3d 1172, 1180 (9th Cir. 2006). In this case, Defendant has attested to the sensitive financial nature of the information in the document, and the competitive disadvantage that could result from disclosure.[1] For good cause shown, the motion to seal is

---

[1] Harm to competitive standing is a particularized harm sufficient to support the sealing of documents. *Anderson v. Trans Union, LLC*, No. 222CV01214GMNNJK, 2023 WL 4456776, at *7 (D. Nev. July 11, 2023).

1

**GRANTED**. Docket No. 143. The Clerk's Office is INSTRUCTED to seal the document at Docket No. 142-7.

IT IS SO ORDERED.

Dated: August 30, 2024

_____
Nancy J. Koppe
United States Magistrate Judge

2