UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| CARMEN IOVINO,<br><br>    Plaintiff<br><br>v.<br><br>AMTRUST FINANCIAL SERVICES, INC., et al.,<br><br>    Defendants | Case No.: 2:22-cv-01974-APG-NJK<br><br>**Order Affirming Magistrate Judge's Orders**<br><br>[ECF Nos. 148, 152, 158, 160] |

Magistrate Judge Koppe denied the plaintiff's motions to compel discovery (ECF No. 106) and to compel an *in camera* review of a litigation claims file (ECF No. 113). ECF Nos. 148, 152.  The plaintiff appealed those decisions. ECF Nos. 158, 160.  I have reviewed the appeals, Judge Koppe's decisions, and the underlying papers.  Judge Koppe's Orders are not "clearly erroneous or contrary to law." Local Rule IB 3-1(a).

I THEREFORE ORDER that Magistrate Judge Koppe's orders **(ECF Nos. 148, 152) are affirmed**, and the plaintiff's appeals **(ECF Nos. 158, 160) are denied**.

DATED this 18th day of October, 2024.

_____
ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE