# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

CARMEN IOVINO,

    Plaintiff,

v.

AM TRUST FINANCIAL SERVICES, INC., *et al.*,

    Defendants.

Case No. 2:22-cv-01974-APG-NJK

**Order**

[Docket No. 181]

Pending before the Court is Plaintiff's motion to seal two exhibits filed in conjunction with his motion to compel. Docket No. 181; *see also* Docket Nos. 180-3 (Exhibit 2), 180-14 (Exhibit 13).[1] Defendant Am Trust Financial Services, Inc. filed a response. Docket No. 189.

The documents at issue are documents that Defendant AmTrust labeled confidential; therefore, as required by the Court, Docket No. 188, Defendant filed a response in support of the motion to seal. Docket No. 189. Defendant submits that Exhibit 2 contains Defendant's private, confidential information, which, as a privately held corporation, it does not publicly report. *Id*. at 2. Defendant further submits that Exhibit 13 does not contain or discuss sensitive and private financial information, and thus, does not request that the exhibit be sealed. *Id*. at 4.

The exhibits may be sealed upon a particularized showing of good cause. *See Kamakana v. City & County of Honolulu*, 447 F.3d 1172, 1180 (9th Cir. 2006). The Court has previously ordered Exhibit 2 sealed for good cause shown. *See* Docket No. 144.

Accordingly, the motion to seal is **GRANTED in part** and **DENIED in part**. Docket No. 181. The Clerk's Office is INSTRUCTED to keep the document at Docket No. 180-3 under seal. The Clerk's Office is FURTHER INSTRUCTED to unseal the document at Docket No. 180-14.

Dated: December 12, 2024

                                                      Nancy J. Koppe
                                                    United States Magistrate Judge

---

[1] Plaintiff labels the declaration at issue as Exhibit 6, Docket No. 181 at 2, but the declaration is Exhibit 2. *See* Docket No. 180-3.