# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| CARMEN IOVINO,<br><br>    Plaintiff<br><br>v.<br><br>AMTRUST FINANCIAL SERVICES, INC., et al.,<br><br>    Defendants | Case No.: 2:22-cv-01974-APG-NJK<br><br>**Order Affirming Magistrate Judge's Orders**<br><br>[ECF Nos. 182, 186, 194] |

Magistrate Judge Koppe denied the plaintiff's motion to modify the scheduling order and amend the complaint and two motions to compel discovery. ECF Nos. 175, 179, 190. The plaintiff appealed those decisions. ECF Nos. 182, 186, 194. I have reviewed the appeals, Judge Koppe's decisions, and the underlying papers. Judge Koppe's Orders are not "clearly erroneous or contrary to law." Local Rule IB 3-1(a).

I THEREFORE ORDER that Magistrate Judge Koppe's orders **(ECF Nos. 175, 179, 190) are affirmed**, and the plaintiff's appeals **(ECF Nos. 182, 186, 194) are denied**.

DATED this 8th day of January, 2025.

_____
ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE