1   Sheri M. Thome, Esq.
    Nevada Bar No. 008657
2   Jason R. Wigg, Esq.
    Nevada Bar No. 007953
3   **WILSON, ELSER, MOSKOWITZ,**
    **EDELMAN & DICKER LLP**
4   6689 Las Vegas Blvd. South, Suite 200
    Las Vegas, Nevada 89119
5   Telephone: 702.727.1400
    Facsimile: 702.727.1401
6   Email: Sheri.Thome@wilsonelser.com
    Email: Jason.Wigg@wilsonelser.com
7
    *Attorneys for Defendants*
8   *AmTrust Financial Services, Inc.,*
    *AmTrust North America, Inc., and*
9   *Security National Insurance Company*

10
                    **UNITED STATES DISTRICT COURT**
11
                        **DISTRICT OF NEVADA**
12

13  CARMEN IOVINO; and TOPNOTCH          Case No.   2:22-cv-01974-APG-NJK
    SERVICES, INC.,

14                      Plaintiffs,
    v.                                    ORDER          **TO EXTEND DEADLINE**
15                                        **TO FILE JOINT PRETRIAL ORDER**
    AMTRUST FINANCIAL SERVICES, INC.;     **(FIRST REQUEST)**
16  SECURITY NATIONAL INSURANCE
    COMPANY; AMTRUST NORTH AMERICA,
17  INC.; DOES I through V and ROE
    CORPORATIONS VI through X, inclusive,
18
                        Defendants.
19

20  SECURITY NATIONAL INSURANCE
    COMPANY,
21
                        Counterclaimant,
22
    v.
23
    CARMEN IOVINO,
24
                        Counterdefendant.
25

26      Defendants AmTrust Financial Services, Inc. ("AFSI") and Security National Insurance

27  Company ("SNIC"), and AmTrust North America, Inc. ("ANA") (collectively "Defendants") and

28  Plaintiff Carmen Iovino ("Plaintiff"), by and through their respective counsel of record, hereby

stipulate and agree to extend the deadline to file a Joint Pretrial Order pursuant to LR 16-3 until thirty (30) days after the Court's decision on Plaintiff's currently pending motion for reconsideration [ECF 210] as follows:

1.    On September 26, 2024, Plaintiff filed a motion for summary judgment as to liability only against all Defendants on all of Plaintiff's causes of action [ECF 161] and a motion to strike Defendants' answer [ECF 162].

2.    On September 26, 2024, Defendants filed a motion for summary judgment requesting the court: (a) enter judgment in favor of AFSI as to all of Plaintiff's causes of action; (b) enter judgment in favor of Defendants on Plaintiff's causes of action for bad faith, violation of Nevada's unfair trade practices act; and fraud; and (3) strike Plaintiff' prayer for punitive damages [ECF 163].

3.    On February 3, 2025, Plaintiff filed a motion for summary judgment requesting the court enter judgment in Plaintiff's favor on Defendant SNIC's counterclaim against Plaintiff.

4.    On March 13, 2025, the Court entered an order on the parties' dispositive motions [ECF 161 & ECF 163] as well as Plaintiff's motion to strike [ECF 162] wherein the Court: (a) granted summary judgment in favor of Plaintiff on liability only for breach of contract against SNIC; (b) granted summary judgment in favor of AFSI on all of Plaintiff's causes of action; (c) granted summary judgment in favor of ANA and SNIC on Plaintiff's fraud cause of action; (d) granted summary judgment in favor of ANA on Plaintiff's cause of action for violation of Nevada's unfair claim practices act; (e) granted summary judgment in favor of all Defendants on Plaintiff's bad faith cause of action specific to the failure to pay Plaintiff's medical bills; and (f) denied Plaintiff's motion to strike [ECF 207].

5.    On March 24, 2025, the Court entered an order that, *inter alia*, granted summary judgment in favor of Plaintiff on SNIC's counterclaim [ECF 209].

6.    On March 27, 2025, Plaintiff filed a motion requesting the Court to reconsider its order: (a) granting summary judgment in favor of Defendants on Plaintiff's bad faith cause of action specific to the failure to pay Plaintiff's medical bills; (b) granting summary judgment in favor of AFSI on all of Plaintiff's causes of action; and (c) denying Plaintiff's motion to strike. [ECF 210].

7.    In light of the impact the Court's decision on the motion for reconsideration could

have on the trial in this matter, including the parties who would be going to trial, the factual and

legal issues that would be adjudicated; the witnesses who will be called to testify, the trial exhibits;

the page and line deposition designations; as well as the number of days that may be needed for

trial, the parties stipulate and agree that the deadline for the filing of the Joint Pretrial Order shall

be extended to thirty (30) days after the Court issues its order on Plaintiff's currently pending motion

for reconsideration [ECF 210].

       8.    This stipulation is submitted in compliance with LR IA 6-1 and LR IA 6-2.  Good

cause exists for the requested extension, the time requested is not excessive, and all counsel have

been cooperative in agreeing to the same.

       9.    This is the parties' first request for extension of these deadlines.

Dated this 17th day of April, 2025.        Dated this 17th day of April, 2025.

WILSON, ELSER, MOSKOWITZ,      SIMON LAW
EDELMAN & DICKER LLP

By:  _/s/ Jason R. Wigg_        By:  _/s/ Benjamin J. Miller_
     SHERI M. THOME, ESQ.        DANIEL S. SIMON, ESQ.
     Nevada Bar No. 008657       Nevada Bar No. 004750
     JASON R. WIGG, ESQ.        BENJAMIN J. MILLER, ESQ.
     Nevada Bar No. 007953       Nevada Bar No. 010406
     6689 Las Vegas Blvd. South, Suite 200   ASHLEY M. FERREL, ESQ.
     Las Vegas, Nevada 89119       Nevada Bar No. 012207
     *Attorneys for Defendants*       810 South Casino Center Boulevard
     *AmTrust Financial Services, Inc.,*    Las Vegas, NV 89101
     *Security National Insurance Company,*  *Attorneys for Plaintiff*
     *and AmTrust North America, Inc.*    *Carmen Iovino*

**ORDER**

**IT IS SO ORDERED:**

_____
Nancy J. Koppe
United States Magistrate Judge

DATED:  April 21, 2025 _____

-3-