**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| CARMEN IOVINO; and TOPNOTCH SERVICES, INC., | Case No.   2:22-cv-01974-APG-NJK |
| Plaintiffs, | ORDER GRANTING **STIPULATION TO EXTEND DEADLINE TO FILE JOINT PRETRIAL ORDER** |
| v. | |
| AMTRUST FINANCIAL SERVICES, INC.; SECURITY NATIONAL INSURANCE COMPANY; AMTRUST NORTH AMERICA, INC.; DOES I through V and ROE CORPORATIONS VI through X, inclusive, | |
| Defendants. | |
| SECURITY NATIONAL INSURANCE COMPANY, | |
| Counterclaimant, | |
| v. | |
| CARMEN IOVINO, | |
| Counterdefendant. | |

Defendants AmTrust Financial Services, Inc. ("AFSI") and Security National Insurance Company ("SNIC"), and AmTrust North America, Inc. ("ANA") (collectively "Defendants") and Plaintiff Carmen Iovino ("Plaintiff"), by and through their respective counsel of record, hereby

stipulate and agree to extend the deadline to file a Joint Pretrial Order pursuant to LR 16-3 as follows:

1.    On September 26, 2024, Plaintiff filed a motion for summary judgment as to liability only against all Defendants on all of Plaintiff's causes of action [ECF 161] and a motion to strike Defendants' answer [ECF 162].

2.    On September 26, 2024, Defendants filed a motion for summary judgment requesting the court: (a) enter judgment in favor of AFSI as to all of Plaintiff's causes of action; (b) enter judgment in favor of Defendants on Plaintiff's causes of action for bad faith, violation of Nevada's unfair trade practices act; and fraud; and (3) strike Plaintiff' prayer for punitive damages [ECF 163].

3.    On February 3, 2025, Plaintiff filed a motion for summary judgment requesting the court enter judgment in Plaintiff's favor on Defendant SNIC's counterclaim against Plaintiff.

4.    On March 13, 2025, the Court entered an order on the parties' dispositive motions [ECF 161 & ECF 163] as well as Plaintiff's motion to strike [ECF 162] wherein the Court: (a) granted summary judgment in favor of Plaintiff on liability only for breach of contract against SNIC; (b) granted summary judgment in favor of AFSI on all of Plaintiff's causes of action; (c) granted summary judgment in favor of ANA and SNIC on Plaintiff's fraud cause of action; (d) granted summary judgment in favor of ANA on Plaintiff's cause of action for violation of Nevada's unfair claim practices act; (e) granted summary judgment in favor of all Defendants on Plaintiff's bad faith cause of action specific to the failure to pay Plaintiff's medical bills; and (f) denied Plaintiff's motion to strike [ECF 207].

5.    On March 24, 2025, the Court entered an order that, *inter alia*, granted summary judgment in favor of Plaintiff on SNIC's counterclaim [ECF 209].

6.    On March 27, 2025, Plaintiff filed a motion requesting the Court to reconsider its order: (a) granting summary judgment in favor of Defendants on Plaintiff's bad faith cause of action specific to the failure to pay Plaintiff's medical bills; (b) granting summary judgment in favor of AFSI on all of Plaintiff's causes of action; and (c) denying Plaintiff's motion to strike. [ECF 210].

7.    On April 21, 2025, the Court entered an order granting the parties' stipulation to extend the deadline for the parties to file their joint pre-trial order until 30 days after the Court

entered its order on Plaintiff's motion for reconsideration [ECF 216].

8. On October 30, 2025, Plaintiff filed a motion for leave to file a second supplemental reply to Defendants' opposition to Plaintiff's motion for reconsideration. [ECF No. 221].

9. On December 5, 2025, the Court entered an order: (a) denying Plaintiff's motion for leave to file a supplement to its motion for reconsideration; and (b) denying Plaintiff's motion for reconsideration of the court's March 13, 2025 order.

10. In light of the impact the complex factual and legal issues that will be adjudicated; the number of witnesses who may be called to testify, the number of potential trial exhibits that are being identified, the volume of deposition transcripts that are being reviewed and for which the parties are identifying page and line deposition designation, the parties stipulate and agree that the deadline for the filing of the Joint Pretrial Order shall be extended to March 6, 2026.  The parties do not anticipate the need to request an additional extension of time to file the Joint Pretrial Order.

11. This stipulation is submitted in compliance with LR IA 6-1 and LR IA 6-2.  Good cause exists for the requested extension, the time requested is not excessive, and all counsel have been cooperative in agreeing to the same.

///

///

///

-3-

12.    This is the parties' third request for extension of these deadlines.

Dated this 4th day of February, 2026.          Dated this 4th day of February, 2026.

WILSON, ELSER, MOSKOWITZ,               SIMON LAW
EDELMAN & DICKER LLP

By:    _/s/ Jason R. Wigg_____          By:    _/s/ Daniel S. Simon_____
       Sheri M. Thome, Esq.                              Daniel S. Simon, Esq.
       Nevada Bar No. 008657                             Nevada Bar No. 004750
       Jason R. Wigg, Esq.                               Benjamin J. Miller, Esq.
       Nevada Bar No. 007953                             Nevada Bar No. 010406
       6689 Las Vegas Blvd. South, Suite 200             Ashley M. Ferrel, Esq.
       Las Vegas, Nevada 89119                           Nevada Bar No. 012207
       *Attorneys for Defendants*                        810 South Casino Center Boulevard
       *AmTrust Financial Services, Inc.,*               Las Vegas, NV 89101
       *Security National Insurance Company,*            *Attorneys for Plaintiff Carmen Iovino*
       *and AmTrust North America, Inc.*

### ORDER

IT IS HEREBY ORDERED that the deadline for filing the Joint Pretrial Order shall be extended to March 6, 2026.

**IT IS SO ORDERED:**

_____
UNITED STATES MAGISTRATE JUDGE

DATED: ___February 4, 2026_____

-4-