**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| CARMEN IOVINO;<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>AMTRUST FINANCIAL SERVICES, INC.;<br>SECURITY NATIONAL INSURANCE<br>COMPANY; AMTRUST NORTH AMERICA,<br>INC.; DOES I through V and ROE<br>CORPORATIONS VI through X, inclusive,<br><br>　　　　　　Defendants. | Case No.　2:22-cv-01974-APG-NJK<br><br>**ORDER GRANTING STIPULATION TO EXTEND**<br>**DEADLINE TO FILE JOINT PRE-TRIAL ORDER**<br><br>**[FOURTH REQUEST]** |

Plaintiff Carmen Iovino ("Plaintiff") and Defendants AmTrust Financial Services, Inc.; Security National Insurance Company; and AmTrust North America, Inc. (collectively "Defendants"), by and through their respective counsel of record, hereby stipulate and agree to to extend the deadline to file a Joint Pretrial Order pursuant to LR 16-3 as follows:

1.　On September 26, 2024, Plaintiff filed a motion for summary judgment as to liability only against all Defendants on all of Plaintiff's causes of action [ECF 161] and a motion to strike Defendants' answer [ECF 162].

2.　On September 26, 2024, Defendants filed a motion for summary judgment requesting the court: (a) enter judgment in favor of AFSI as to all of Plaintiff's causes of action; (b) enter judgment in favor of Defendants on Plaintiff's causes of action for bad faith, violation of Nevada's unfair trade practices act; and fraud; and (3) strike Plaintiff' prayer for punitive damages [ECF 163].

3.      On February 3, 2025, Plaintiff filed a motion for summary judgment requesting the court enter judgment in Plaintiff's favor on Defendant SNIC's counterclaim against Plaintiff.

4.      On March 13, 2025, the Court entered an order on the parties' dispositive motions [ECF 161 & ECF 163] as well as Plaintiff's motion to strike [ECF 162] wherein the Court: (a) granted summary judgment in favor of Plaintiff on liability only for breach of contract against SNIC; (b) granted summary judgment in favor of AFSI on all of Plaintiff's causes of action; (c) granted summary judgment in favor of ANA and SNIC on Plaintiff's fraud cause of action; (d) granted summary judgment in favor of ANA on Plaintiff's cause of action for violation of Nevada's unfair claim practices act; (e) granted summary judgment in favor of all Defendants on Plaintiff's bad faith cause of action specific to the failure to pay Plaintiff's medical bills; and (f) denied Plaintiff's motion to strike [ECF 207].

5.      On March 24, 2025, the Court entered an order that, *inter alia*, granted summary judgment in favor of Plaintiff on SNIC's counterclaim [ECF 209].

6.      On March 27, 2025, Plaintiff filed a motion requesting the Court to reconsider its order: (a) granting summary judgment in favor of Defendants on Plaintiff's bad faith cause of action specific to the failure to pay Plaintiff's medical bills; (b) granting summary judgment in favor of AFSI on all of Plaintiff's causes of action; and (c) denying Plaintiff's motion to strike. [ECF 210].

7.      On April 21, 2025, the Court entered an order granting the parties' stipulation to extend the deadline for the parties to file their joint pre-trial order until 30 days after the Court entered its order on Plaintiff's motion for reconsideration [ECF 216].

8.      On October 30, 2025, Plaintiff filed a motion for leave to file a second supplemental reply to Defendants' opposition to Plaintiff's motion for reconsideration. [ECF No. 221].

9.      On December 5, 2025, the Court entered an order: (a) denying Plaintiff's motion for leave to file a supplement to its motion for reconsideration; and (b) denying Plaintiff's motion for reconsideration of the court's March 13, 2025 order.

10.     The Parties continue to work together to address the complex factual and legal issues in conjunction with the witnesses and significant documents that will need to be introduced at trial. This matter has taken significant time.. Recently, Plaintiff's counsel, which consists only of three

attorneys, have had significant emergency complex motion practice in another matter that has consumed their time and resources. Defendants' counsel has been very understanding in this matter, and the Parties are confident that they can finalize these complex issues, witnesses and documents within the next 30 days. Therefore, the Parties stipulate and agree that the deadline for the filing of the Joint Pretrial Order shall be extended to <u>April 6, 2026</u>.  The parties are adamant that this will be the final request for an extension and greatly appreciate the Court's understanding in this matter.

11.    This stipulation is submitted in compliance with LR IA 6-1 and LR IA 6-2.  Good cause exists for the requested extension, the time requested is not excessive, and all counsel have been cooperative in agreeing to the same.

12.    This is the Parties' fourth request for extension of these deadlines.

Dated this _9_ day of March, 2026.

SIMON LAW

By:    _/s/ Daniel S. Simon_____
      Daniel S. Simon, Esq.
      Nevada Bar No. 004750
      Benjamin J. Miller, Esq.
      Nevada Bar No. 010406
      Ashley M. Ferrel, Esq.
      Nevada Bar No. 012207
      810 South Casino Center Boulevard
      Las Vegas, NV 89101
      *Attorneys for Plaintiff Carmen Iovino*

Dated this _9_ day of March, 2026.

WILSON, ELSER, MOSKOWITZ,
EDELMAN & DICKER LLP

By:    _/s/ Jason R. Wigg_____
      Sheri M. Thome, Esq.
      Nevada Bar No. 008657
      Jason R. Wigg, Esq.
      Nevada Bar No. 007953
      6689 Las Vegas Blvd. South, Suite 200
      Las Vegas, Nevada 89119
      *Attorneys for Defendants*
      *AmTrust Financial Services, Inc.,*
      *Security National Insurance Company,*
      *and AmTrust North America, Inc.*

## ORDER

IT IS HEREBY ORDERED that the deadline for filing the Joint Pretrial Order shall be extended to April 6, 2026.

**IT IS SO ORDERED:**

_____
UNITED STATES MAGISTRATE JUDGE

DATED: <u>March 9, 2026</u>

-3-