**DANIEL S. SIMON, ESQ.**
Nevada Bar No. 4750
**BENJAMIN J. MILLER, ESQ.**
Nevada Bar No. 10406
**ASHLEY M. FERREL, ESQ.**
Nevada Bar No. 12207
**SIMON LAW**
810 South Casino Center Blvd.
Las Vegas, Nevada 89101
Telephone (702) 364-1650
Facsimile (702) 364-1655
lawyers@simonlawlv.com
*Attorneys for Plaintiff*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| CARMEN IOVINO;<br><br>Plaintiff,<br><br>v.<br><br>SECURITY NATIONAL INSURANCE COMPANY; AMTRUST NORTH AMERICA, INC.; DOES I through V and ROE CORPORATIONS VI through X, inclusive,<br><br>Defendants. | Case No. 2:22-cv-01974-APG-NJK<br><br>**STIPULATION AND ORDER TO EXTEND DEADLINE TO FILE RESPONSE TO DEFENDANTS' MOTIONS IN LIMINE NO. 1 [ECF NO. 247]; MOTION IN LIMINE NO. 2 [ECF NO. 248]; AND MOTION IN LIMINE NO. 3 [ECF NO. 250]**<br><br>**[SECOND REQUEST]** |

Plaintiff Carmen Iovino ("Plaintiff") and Defendants Security National Insurance Company and AmTrust North America, Inc. (collectively "Defendants"), by and through their respective counsel of record, hereby stipulate and agree to extend the response deadline regarding Defendants' Motion in Limine No. 1 To Exclude Opinions and Testimony of Plaintiff's Retained Expert, Dr. Stan V. Smith [ECF No. 247]; Motion in Limine No. 2: To Exclude Evidence of American National's Payment and Opinions and Testimony of Lindsay Ainsworth [ECF No. 248]; and Motion in Limine No. 3: To Exclude Evidence and Opinions on Alleged Lost Wages or Loss of Earning Capacity [ECF No. 250] respectively from October 29, 2026 collectively to **November 5, 2026**.

/ / /

/ / /

/ / /

This stipulation is submitted in compliance with LR IA 6-1. Specifically, Plaintiff's counsel has had additional conflicts since completing the medical malpractice trial, and Defendants have graciously agreed to this extension of time in order for Plaintiff's counsel to file a Response to these motions following the conclusion of that trial.

This is the Parties' second request for extension of this deadline.

DATED this 29th day of October, 2026

SIMON LAW

By: */s/ Benjamin J. Miller*
Daniel S. Simon, Esq.
Nevada Bar No. 004750
Benjamin J. Miller, Esq.
Nevada Bar No. 010406
Ashley M. Ferrel, Esq.
Nevada Bar No. 012207
810 South Casino Center Boulevard
Las Vegas, NV 89101
lawyers@simonlawlv.com
*Attorneys for Plaintiff*

DATED this 29th day of October, 2026

WILSON, ELSER, MOSKOWITZ,
EDELMAN & DICKER LLP

By: */s/ Jason R. Wigg*
Sheri M. Thome, Esq.
Nevada Bar No. 008657
Jason R. Wigg, Esq.
Nevada Bar No. 007953
6689 Las Vegas Blvd. South, Suite 200
Las Vegas, Nevada 89119
- and -
Sean Thomas Keely, Esq. (*pro hac vice*)
SMITH, GAMBRELL & RUSSELL, LLP
1301 Avenue of the Americas, 15th Fl.
New York, New York 10019
*Attorneys for Defendants*

**IT IS SO ORDERED:**

ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE

DATED: November 2, 2026